### In the matter of MASON, an alleged lunatic.

---

Where a person is proceeded against under the statute of lunacy, if he be not strictly a lunatic or idiot, the inquisition should find him of *unsound mind.* It is not enough to return that " he is so far weakened and impaired in the faculties of his mind as to be mentally incapable of the government of himself, &c."

---

*Feb.* 25,
1840.

*Lunatic.*
*Inquisition*

A COMMISSION, in the nature of a writ *de lunatico inqui-rendo,* had been issued ; and the jury had found " that the said John Mason, at the time of the taking of this inquisition, is *so far weakened and impaired in the faculties of his mind as to be mentally incapable of the government of himself and of the management of his goods and chattels, lands and tenements, business and affairs ;* and that he had been so incapable for the space of four years now last past, &c."

On the coming in of the inquisition,

Mr. *Bidwell* asked for a reference to appoint a committee.

The court took the papers ; and on this day,

*March* 10.    THE VICE-CHANCELLOR said : I do not consider the finding of the jury to be the best in point of form or even, strictly, sufficient. The inquisition does not say that the party was of

*unsound mind,* but " so far weakened and impaired in the fac-
ulties of his mind as to be mentally incapable, &c."

The revised statutes declare that " the Chancellor shall have
the care and custody of all idiots, lunatics, persons of unsound
mind and persons who shall be incapable of conducting their
own affairs in consequence of habitual drunkenness," &c.
Here are different classes of persons designated ; persons of
" unsound mind" are such as may not fall within the designa-
tion of *idiots* or *lunatics ;* and the phrase " incapable of con-
ducting their own affairs" is made to apply to habitual drunk-
ards only : 2 R. S. 52, § 1.

The term *unsound mind* is recognized in the English Chan-
cery ; and is the proper return where a party is not found an
idiot or a lunatic: Shelford's Law of Lunatics, 108, 109. "The
proper return," says Shelford, " to a commission of idiocy or
lunacy, where the party is not found an idiot or lunatic, but is
considered by the jury as an object fit to be under the superin-
tendence of the court of chancery is, that the party is of *un-
sound mind* so that he is not sufficient for the government of
himself, his lands and tenements ; and, therefore, where the re-
turn was that the party was so far debilitated in his mind, as
to be incapable of the general management of his affairs and
had been in the same state of mind for six months last past,
the inquisition was quashed and a new commission issued. It
is settled that if the jury find merely the incapacity of the
party to manage his affairs, but do not infer from that and
other circumstances unsoundness of mind, though the party
may live where he is exposed to ruin every instant, yet upon
that finding the commission cannot go on. A return finding
that a party was, from great weakness of mind, incapable of
governing himself and his lands, was held to be illegal and
void. An inquisition may be supported finding a person of
unsound mind although neither an idiot nor a lunatic. An in-
quisition finding a party not a lunatic, but of unsound mind, so
as not to be sufficient for the government of herself, her lands,
&c., was considered good. For, " of unsound mind," are legal
and technical words—indeed, they are the proper terms of a
plea—it would be improper in pleading to describe a man
*lunaticus* instead of *non sana mentis.*"

The leading case with us is that of the old man *Barker:*

(2 J. C. R., 232) ; and which occured before the revised sta-
tutes were passed.    There, the petition showed that he had
been, for four months past, " so far deprived of reason and un-
derstanding as to be wholly unfit and unable to manage his
affairs."    However, even there, the inquisition found the party
to be of " unsound mind."

Perhaps, in the case now before the court, the jury consi-
dered that they had found sufficient to show the party to be of
unsound mind and meant so to return ; but it would have been
more satisfactory if they had done so in express terms.    I ad-
mit it to be a pretty strong case.    And no traverse has been
taken.

Instead of sending it back, I am disposed to let the matter
take the following course :—A copy of the present inquisition
is to be served with notice of motion for a committee for next
motion day ; the same to be served on the party alleged to be
of unsound mind ; and this service to be made by a person
who is competent to and will properly explain the nature of
the inquisition and the object of the notice.

If neither the party nor his friends take any measures to op-
pose, the court may be warranted in appointing a committee.